1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JOSEPH MICHAEL GARCIA,

Case No. 15-CV-855 MMA (NLS)

12 |                                Plaintiff,

**ORDER DENYING WITHOUT PREJUDICE MOTION TO PROCEED *IN FORMA PAUPERIS***

vs.

13

14 | CAROLYN W. COLVIN, Acting Commissioner of Social Security,

[Doc. No. 3]

15

16 |                                Defendant.

17          On April 17, 2015, Plaintiff Joseph Michael Garcia filed complaint for review

18 of the final decision of the Acting Commissioner of Social Security denying his

19 application for disability insurance benefits.  Doc. No. 1.  Plaintiff seeks leave to

20 proceed *in forma pauperis* ("IFP").  Doc. No. 3.

21          All parties instituting any civil action, suit, or proceeding in a district court of

22 the United States, except an application for writ of habeas corpus, must pay a filing

23 fee of $400.[1]  *See* 28 U.S.C. § 1914(a).  Under Civil Local Rule 3.2, all actions

24 sought to be filed IFP must include, *inter alia*, "[a] statement as to any money

25 received within the past twelve months," along with "a description of each source of

26

27          [1] In addition to the $350 statutory fee, all parties filing a civil action on or after
28 May 1, 2013, must pay an additional administrative fee of $50.  *See* 28 U.S.C. 1914(a).
However, the additional fee of $50 is waived if the plaintiff is granted leave to proceed
IFP.

15cv855

money *and the amount of money received from each source* during the past twelve months." CivLR 3.2(a)(3) (emphasis added). Where a plaintiff is granted leave to proceed IFP, the action may proceed without prepayment of fees or security. 28 U.S.C. § 1915(a)(1). "To proceed [IFP] is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

In his application,[2] Plaintiff states that he is unemployed, and is currently being supported by his mother. Plaintiff asserts: "I do not have my own money. I am a joint signer on my mother's account," and lists the amount of money in the account as "$274.035.08." Plaintiff states that he is also listed as "co-trustee on [his] mother's home," and that "[p]er Zillow the house value is $357,000." Plaintiff further indicates that he owns a "1999 Toyota Tacoma valued at $1670 paid off," and that he is a co-signer on "a 2012 Honda Civic valued at $13,300, paid off," that belongs to his mother.

After reviewing the application, the Court finds Plaintiff has failed to demonstrate that he lacks the financial resources or assets to pay the costs of commencing this action. Plaintiff appears to indicate that he has over two hundred seventy-four thousand dollars in a joint checking or savings account, and that he is joint owner of a home valued at three hundred fifty-seven thousand dollars. Furthermore, Plaintiff has not indicated the amount of money received from his mother in the last twelve months, in accordance with Civil Local Rule 3.2(a)(3).

Accordingly, the Court **DENIES** Plaintiff's motion to proceed IFP without prejudice. Within **fourteen days** of the date of this Order, Plaintiff shall either: (a) pay the $400 filing fee, or (b) file a renewed motion for IFP containing accurate information regarding Plaintiff's ability to pay the costs of commencing this action as set forth in Civil Local Rule 3.2(a). If Plaintiff fails to timely submit payment or

---

[2] Plaintiff appears to have submitted Form AO 240 from the Administrative Office of the U.S. Courts, rather than the Court's approved Motion and Declaration to Proceed In Forma Pauperis form, available on the Court's website at "https://www.casd.uscourts.gov/Attorneys/SitePages/Forms.aspx."

a renewed motion for IFP, this case shall be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of the Court provide Plaintiff with a copy of this Court's approved form, "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*," to be completed and filed with any renewed motion for IFP.

**IT IS SO ORDERED.**

Dated:  April 21, 2015

Hon. Michael M. Anello
United States District Judge